A13A0714. RAYSONI v. PAYLESS AUTO DEALS, LLC et al.
(767 SE2d 517)

MCMILLIAN, Judge.

In *Raysoni v. Payless Auto Deals, LLC*, 323 Ga. App. 583 (753 SE2d 313) (2013), this Court affirmed the trial court's grant of the defendant's motion to dismiss the complaint. The Supreme Court of Georgia reversed that decision in *Raysoni v. Payless Auto Deals, LLC*, 296 Ga. 156 (766 SE2d 24) (2014). We therefore vacate our earlier opinion, adopt the Supreme Court's opinion as our own, and reverse the judgment of the trial court.

*Judgment reversed. Andrews, P. J., and Dillard, J., concur.*

DECIDED DECEMBER 23, 2014.

*T. Michael Flinn*, for appellant.
*William K. Kincheloe*, for appellees.
*Charles M. Cork III*, amicus curiae.